RECEIVED

JAN 1 1 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| PRESLEY PRIMEAUX | CIVIL ACTION NO. 06-1712 |
| VS. | JUDGE HAIK |
| STATE FARM FIRE & CASUALTY CO. | MAGISTRATE JUDGE METHVIN |

## JURISDICTIONAL AMOUNT REVIEW

This diversity case was removed from a local state court pursuant to 28 U.S.C. § 1332. A review of the petition filed in state court shows that plaintiff alleges that his home, its contents, and outside building, which were insured by defendant, were destroyed by Hurricane Rita. Plaintiff claims that defendant is liable for the amount of his homeowner's policy. Although plaintiff alleges that the amount in controversy is less than $75,000.00., the insurance policy at issue provided coverage exceeding $91,000.00.[1]

Moreover, prior to removal, defense counsel requested that plaintiff sign a verification stipulating that plaintiff waives "all other damages to which they may be entitled against State Farm Fire and Casualty Company that exceed $75,000.00" and that plaintiff agrees that he "will not seek in the future the enforcement of any Judgment that is over $75,000.00."[2] Plaintiff, however, did not execute the verification.

Considering that plaintiff seeks damages for the entirety of the insurance policy at issue and because there is no stipulation by plaintiff that he will not seek damages exceeding

---

[1] Rec. Doc. 5.

[2] Rec. Doc. 5, Exhibit "A."

$75,000.00, the requisite jurisdictional amount has been established. Accordingly, no additional briefing is required.

Signed at Lafayette, Louisiana on this 11th day of January, 2006.

Mildred E. Methvin
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, Louisiana 70501
(337) 593-5140-phone   (337) 593-5155-Fax